**Order entered December 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00639-CR

### JOEL ERCEDES VILLATORO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-75768-T

## ORDER

The reporter's record was due September 19, 2018. When it was not filed, we notified court reporter Trashuna Salaam by postcard dated September 21, 2018 and instructed her to file, by October 21, 2018, the reporter's record or written verification appellant had not requested the reporter's record. On October 15, 2018, Ms. Salaam requested an extension of time which we granted, making the reporter's record due on November 16, 2018. To date, we have not received the reporter's record nor have we had any communication from Ms. Salaam.

We **ORDER** the complete reporter's record filed **BY DECEMBER 14, 2018**. We caution Ms. Salaam that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Livia Liu Francis, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/  CRAIG STODDART
    JUSTICE